UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDY'S BP, INC., et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>FRANKLIN FUELING SYSTEMS, INC.,<br><br>      Defendant. | Case No. 5:15-cv-05745-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 04/28/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 03/01/2018 at 9:00 a.m. |
| Final Pretrial Conference | 05/10/18 at 1:30 p.m. |
| Trial | 06/04/2018 at 9:00 a.m. |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated proposed schedule regarding dates and deadlines to trial by 06/02/2016.

Dated:  04/28/2016

_____
BETH LABSON FREEMAN
United States District Judge